# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AMANDA ORANGKHADIVI, | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) Case No:  4:20-cv-00908-FJG |
| | ) |
| LM GENERAL INSURANCE COMPANY, | ) |
| | ) |
| **Defendant.** | ) |

## PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff and Defendant and hereby stipulate to the dismissal of

this action in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, with prejudice, and with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Kyle A. Branson*
Kyle A. Branson – MO #58770
Mogenson & Branson, LLC
5501 Foxridge Dr.
Mission, KS 66202
913-371-3333
913-371-3141 (Fax)
E-mail: kyle@mbkclaw.com
*ATTORNEY FOR PLAINTIFF*

/s/ *James Blickhan*
James Blickhan        MO #38435
P.O. Box 7217
London, KY 40742
Telephone:    (816) 627-5312
Facsimile:    (603) 334-7445
E-mail: james.blickhan@libertymutual.com
Attorney for Defendant